

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT:SKW
F. #2016R01194

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 8, 2020

By ECF

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: In the Matter of the Extradition of Stanislaw Ogorek
     20-M-1099

Dear Judge Bulsara:

  The government respectfully submits this letter as directed by the court to propose a briefing schedule and proposed hearing date in the above-captioned extradition matter. The government and the attorney for the fugitive have conferred and propose the following schedule:

- Fugitive's Extradition Brief due: February 1, 2021

- Government's Response Brief due: February 16, 2021

- Extradition Hearing: February 22, 2021

The government requests an in person hearing if possible.

          Respectfully submitted,

          SETH D. DuCHARME
          Acting United States Attorney

By:   /s/ Sara K. Winik
      Sara K. Winik
      Assistant U.S. Attorney
      (718) 254-6058

cc:    Clerk of Court (by ECF) (SJB)
       Livius Ilasz, Esq. (by ECF)